IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY LAMANCUSA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-2400 |
| | : | |
| MARK GARMAN, | : | (Judge Brann) |
| ET AL., | : | |
| | : | |
| Defendants | : | |

# **ORDER**

January 12, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' pending dispositive motion is construed as solely seeking entry of summary judgment.

2. The Defendants' motion for summary judgment (Doc. 15) is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** the case.

1

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge